**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**05-CV-1216-0ES**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. _____

JUN 30 2005

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

GREGORY C. LANGHAM
CLERK

GUILLERMO RUCOBO-RIOS,

      Applicant,

v.

JOE ORTIZ, Executive Dir., Colorado Dept. Corr., and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Applicant Guillermo Rucobo-Rios has submitted an Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2254.  The application is in proper form.

Therefore, the clerk of the court will be directed to commence a civil action.  Applicant

also has tendered the $5.00 filing fee.  The clerk of the court will be directed to mail to

the applicant, together with a copy of this order, a receipt for full payment of the $5.00

filing fee.  Accordingly, it is

ORDERED that the clerk of the court commence this civil action.  It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together

with a copy of this order, a receipt for full payment of the $5.00 filing fee.  It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this _____ day of _____, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  **05-CV-1216** -OES

Guillermo Ruccobo-Rios
Prisoner No. 102743
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

       I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full
$5.00 filing fee** to the above-named individuals on 6/30/05

GREGORY C. LANGHAM, CLERK

By: _____
                  Deputy Clerk